# Third District Court of Appeal
## State of Florida

Opinion filed July 21, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-1059
Lower Tribunal No. F15-20650

————————————

**Jean Coty Ridore,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Jean Coty Ridore, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.